## SMITH *v.* FISHER.

WHERE COSTS ARE ALLOWED TO THE PREVAILING PARTY ON AN APPEAL to this court, an attorney's docket-fee of ten dollars may be taxed as a part of the costs on the appeal.

APPEAL from the third district court. The appeal of defendant having been dismissed with costs, respondent taxed as costs an attorney's docket-fee of ten dollars, which was the only item appearing in the cost bill as filed. The respondent moved to retax the costs.

*H. F. Williams*, for the motion.

*R. B. Tripp, contra.*

The court, no opinion being filed, overruled the motion to retax costs, holding that as it had been the custom of the bar, which custom had been recognized by the court, to tax, as costs incurred by the prevailing party on an appeal, an attorney's docket-fee of ten dollars under the fee bill of the United States, that practice would not now be disturbed.

All the justices concurred.